WILLIAM STEINERT et al., as Executors of JOSEPH STEINERT, Deceased, Appellants, *v.* TITLE GUARANTEE & TRUST COMPANY, Respondent.

Argued April 26, 1940; decided May 21, 1940.

*John Todd Stuart* and *Eugene Edward Fink* for appellants.
*William J. Junkerman, Flynn L. Andrew* and *Eugene Z. DuBose* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.